UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Homeshield Industries, Inc.

CIVIL NO. 96-2499 (DRD)

v.

Defendant(s) Francisco Pacheco Cortés

| MOTION | ORDER |
|---|---|
| Docket entry no. 33 | ☒ GRANTED. |
| Date: Aug / 5 / 1999 | ☐ DENIED. |
| Title: Motion requesting leave to withdraw legal representation | ☐ MOOT. |
| | ☐ NOTED. |
| | Plaintiff is granted until October 25, 1999, to announce legal representation. |

RECEIVED & FILED
1999 OCT 14  AM 8 08
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Date: October / 14 / 1999.

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE