UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) *Homeshield Industries, Inc.*   CIVIL NO. *96-2499* (DRD)

v.

Defendant(s) *Francisco Pacheco Cortes et al*

| MOTION | ORDER |
|---|---|
| Docket entry no. *35* | ☑ GRANTED. |
| Date: *Oct 27/1999* | ☐ DENIED. |
| Title: *Notice of appearance and motion for extension of time to retain local counsel* | ☐ MOOT. |
| | ☐ NOTED. |

*Plaintiff is to inform new local counsel by November 29, 1999.*

Received and Filed
99 NOV 10 AM 9:13
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Date: *11/8/99*

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

