# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

DATE: December 23, 1999

HOMESHIELD INDUSTRIES

    Plaintiffs

v.

FRANCISO PACHECO CORTEZ, et al.

    Defendants

CIVIL NO. 96-2499 (DRD)

**BY ORDER OF THE COURT**, this case is set for a Status/Scheduling Conference on **February 1, 2000 at 4:30 P.M.** before Honorable Daniel R. Domínguez.

_____
COURTROOM DEPUTY

S/C: Henry Smyler, Esq.
     Edwin Bello Rivera, Esq.