# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Date: February 1, 2000

| | |
|---|---|
| HOMESHIELD INDUSTRIES | CIVIL NO. 96-2499 (DRD) |
| Plaintiffs | |
| v. | |
| FRANCISCO PACHECO-CORTEZ | |
| Defendant | |

BY ORDER OF THE COURT, Status Conference scheduled for today is re-set for **February 10, 2000 at 5:00 P.M.** before Honorable Daniel R. Domínguez.

*signature*
Courtroom Deputy

Parties notified by telephone & mail:

Henry Smyler, Esq.
Edwin Bello, Esq.