**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO**
**BEFORE HONORABLE DANIEL R. DOMINGUEZ**

<u>**MINUTES OF PROCEEDINGS**</u>                    DATE: February 10, 2000

**CIVIL NO. 96-2499 (DRD)**

==============================================================

HOMESHIELD INDUSTRIES          <u>Attorneys:</u>          Henry Smyler by phone

    Plaintiff

     v.

FRANCISCO PACHECO CORTES                    Edwin Bello Rivera

    Defendant

==============================================================

       Status conference was scheduled for today.  However, the same was not effected because Defendant's counsel, Edwin Bello Rivera, alleged that he was having difficulties communicating with his client and requested to withdraw his representation.  Counsel for Plaintiff informed the Court that he is interested in prosecuting this case and urged the Court that, should Counsel Bello Rivera's motion to withdraw be allowed, a reasonable but short term should be allowed for Defendant to get new representation so that the case can proceed to trial.  The Court agreed and granted Counsel Bello Rivera **five (5) days** to file a motion to withdraw clearly stating Defendant's address.  Should Counsel not timely file his motion to withdraw, the case shall continue expeditiously by a new status conference setting, followed by a pretrial conference and trial shortly thereafter.  Should Counsel file his motion, Defendant is granted **twenty (20) days**, with not extensions, to inform new representation.

       The Court notes that in this particular case, various opportunities have been granted to

41.

Defendant in the past for non-compliance with Court orders and, hence, default was lifted on July 6, 1998 (Docket No. 31). The Court also notes the proclivity of Defendant to hire counsel only to have them later resign. (See Docket No. 22). The Court's patience with Defendant's attitude in this case is reaching its limits.

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

s/c: Counsel of record
N:\MINUTES\96-2499 MEM