UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Homeshield Industries, Inc.   CIVIL NO. 96-2499 (DRD)

v.

Defendant(s) Francisco Pacheco Cortes et al

| MOTION | ORDER |
|---|---|
| Docket entry no. 38 | ☒ GRANTED. |
| Date: Jan 31, 2000 | ☐ DENIED. |
| Title: Plaintiff's motion to permit telephone appearance | ☒ MOOT. |
| | ☐ NOTED. |

Conference has been held and telephone appearance was allowed

*RECEIVED AND FILED 00 MAR -6 AM 9:19 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.*

Date: 2/25/2000

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

4 V mi