UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HOMESHIELD INDUSTRIES

   Plaintiff

      v.                                    Civil Case No. 96-2499 (DRD)

FRANCISCO PACHECO CORTES

   Defendant

### ORDER

In a status conference held on February 10, 2000, Counsel Edwin Rivera-Bello requested from the Court a term of five (5) days to request a withdrawal of representation because of an alleged lack of communication with his client. The Court conditioned Counsel's withdrawal, requiring him to first provide Defendants' present physical address. Counsel has now complied and further requests twenty (20) days for Defendants to retain new counsel. Counsel's request is granted. Defendants must inform their new legal representation to the Court within twenty (20) days. Thereafter, a new status conference is to be scheduled for April 12, 2000, at 1:30 p.m.

The Clerk of the Court is to notify this Order directly to Defendants' address at:

   German Moyer St. # 405, Suite 4, 2nd Floor
   Hato Rey, PR 00936

IT IS SO ORDERED.

                                                    DANIEL R. DOMINGUEZ
                                                    U.S. DISTRICT JUDGE

N\96-2499 ORD